## Alonzo J. Cutler, Appellant, v. Charles W. Pardridge, Appellee.

### Gen. No. 22,293.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. THOMAS
G. WINDES, Judge, presiding. Heard in the Branch Appellate Court
at the March term, 1916. Reversed and remanded. Opinion filed
July 19, 1917.

### Statement of the Case.

Action by Alonzo J. Cutler, plaintiff, against Charles
W. Pardridge, defendant, to recover money paid out
by plaintiff as broker for defendant for losses in cer-
tain transactions on the Board of Trade of the City
of Chicago. From a judgment for defendant, plaintiff
appeals.

HENRY S. ROBBINS, for appellant.

BRADLEY, HARPER & EHEIM, for appellee; THOMAS E.
D. BRADLEY and JACOB NEWMAN, of counsel.

MR. PRESIDING JUSTICE BARNES delivered the opinion
of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1725*—*when decision on former appeal
is binding.* The decision of the Appellate Court on a former appeal
is binding as the law of the case on the same questions on the sec-
ond appeal.

2. BOARDS OF TRADE AND EXCHANGES, § 42*—*when defendant must
show damage by breach of contract of credit with brokers.* The
right of a broker to recover money paid out by him for losses in
"open trades" on the Board of Trade of a customer for the failure
of the latter to put up margins to secure them cannot be defeated
merely because of the existence of a contract of credit and breach
thereof by plaintiff, but defendant must show by competent evi-
dence that he was damaged by such breach.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.